DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 APRIL 2016

| 311P15 | State v. Thedford Roy Rorie, Jr. | 1. State's Motion for Temporary Stay (COA14-886) | 1. Allowed **09/08/2015** Dissolved **04/13/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 354P15-2 | Christopher Mosby v. John Ingram, Sheriff, et al. | 1. Petitioner's *Pro Se* Motion for Notice of Appeal of Civil Contempt | 1. Denied |
| | | 2. Petitioner's *Pro Se* Motion for Petition for Appellate Review (COAP15-597) | 2. Denied |
| 368P15 | Johnnie Wilkes, Employee v. City of Greenville, Employer, Self-Insured (PMA Management Group, Third-Party Administrator) | 1. Def's Motion for Temporary Stay (COA14-1193) | 1. Allowed **11/12/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. N.C. Association of Self-Insurers, N.C. Association of County Commissioners, N.C. League of Municipalities, and N.C. School Boards Association's Motion for Leave to File *Amicus* Brief | 4. Allowed |
| | | 5. N.C. Association of Defense Attorneys, N.C. Chamber, N.C. Retail Merchants Association, and N.C. Home Builders Association's Conditional Motion for Leave to File *Amicus* | 5. Allowed |
| 376A15 | Paramount Rx, Inc. v. Robert E. Duggan and Agelity, Inc. | 1. Plt's Joint Motion to Lift Stay | 1. Allowed **04/01/2016** |
| | | 2. Plt's Joint Motion to Dismiss Appeal | 2. Allowed **04/01/2016** |
| 390P15 | The Residences at Biltmore Condominium Owners' Association, Inc. v. Power Development, LLC and Mountain Mortgage, Inc. | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA14-1222) | 1. Denied |
| | | 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot |
| 402P11-7 | State v. Sylvester Eugene Harding, III | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **04/01/2016** |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* and/or Prohibition | 2. Denied **04/01/2016** |